**Brian C. WILLIAMS,**
**Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 101217

Missouri Court of Appeals,
Eastern District.

FILED: February 3, 2015

Robert Winthrop Lundt, Public Defender, Missouri Public Defender Office, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, for Appellee.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

*ORDER*

PER CURIAM

Brian C. Williams appeals from the motion court's Findings of Fact, Conclusions of Law, and Order denying, without an evidentiary hearing, his amended Rule 24.035 Motion to Vacate, Set Aside, or Correct Judgment and Sentence and Request for Evidentiary Hearing. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).